IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GLORIA MARTINEZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 7:22-cv-76 |
| | ) | |
| A&S Industrial Janitorial Service & Supply LLC, Dora Rodriguez, Alejandro Rodriguez, and Hector Rodriguez, | ) ) ) | |
| Defendants. | ) | |

**Plaintiff's Acceptance of Offer of Judgment**

**NOW COMES** Plaintiff GLORIA MARTINEZ ("Plaintiff"), by attorneys Justicia Laboral LLC and hereby accepts Defendants A&S Industrial Janitorial Service & Supply LLC, Dora Rodriguez, Alejandro Rodriguez, and Hector Rodriguez (cumulatively "Defendants") Offer of Judgment and states:

1. On July 12, 2022, Defendants served an Offer of Judgment. See attached Exhibit A – Defendants' Offer of Judgment; Ex. A is incorporated herein.

2. This is Plaintiff's written notice accepting the Offer of Judgment.

3. Pursuant to Rule 68(a), the Clerk is required to enter judgments as follows:

   a) Judgment is entered in favor of Plaintiff Gloria Martinez and against all Defendants in the amount of ten thousand and no cents ($10,000.00).

4. The anticipated judgments may be satisfied by remitting $5,200.00 to Plaintiff Gloria Martinez; and $4,800.00 to Plaintiffs' counsel Justicia Laboral LLC.

5. A proposed order is attached as Exhibit B.

**Wherefore,** Plaintiff requests Judgments be entered in accord with the offer of judgment and acceptance herein, and for all other relief deemed just.

/s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (TX Bar # 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL  60646
P: 773-415-4898
E: jdore@justicialaboral.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served to all counsel of record, as listed below, by electronic mail on July 14, 2022.

**Michael V. Galo, Jr. - State Bar No. 00790734**
**Galo Law Firm, P.C.**
*Attorney for Defendants*
4230 Gardendale, Bldg 401
San Antonio, Texas 78229
Phone: (210) 616-9800; Fax:  (210) 616-9898
Email: mgalo@galolaw.com

           /s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (TX Bar # 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL  60646
P: 773-415-4898
E: jdore@justicialaboral.com