United States District Court
Southern District of Texas

**ENTERED**

July 18, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| GLORIA MARTINEZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 7:22-cv-76 |
| | ) | |
| A&S  Industrial Janitorial Service & Supply LLC, Dora | ) | |
| Rodriguez, Alejandro Rodriguez, and Hector Rodriguez, | ) | |
| | ) | |
| Defendants. | ) | |

**Judgment Order upon Plaintiff's Acceptance of Offer of Judgment**

**This Matter** before the Court upon Plaintiff GLORIA MARTINEZ's ("Plaintiff") Acceptance of Defendants A&S  Industrial Janitorial Service & Supply LLC's, Dora Rodriguez's, Alejandro Rodriguez's, and Hector Rodriguez's (cumulatively "Defendants") Offer of Judgment, due notice being served, IT IS HEREBY ORDERED:

1.  Based upon Plaintiff's filed Acceptance of Defendants' Offer of Judgment, pursuant to Rule 68, Judgment(s) is entered as follows:

 a) Judgment is entered in favor of Plaintiff Gloria Martinez and against all Defendants in the amount of ten thousand and no cents ($10,000.00);

2.  The Judgment(s) may be satisfied by remitting $5,200.00 to Plaintiff Gloria Martinez and $4,800.00 to Plaintiffs' counsel Justicia Laboral LLC.

Prepared by:                                   ENTERED this _18th_ day of July, 2022.

**Justicia Laboral LLC**
**James M. Dore (TX Bar # 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300            _____
Chicago, IL  60646                              Randy Crane, Judge Presiding
P: 773-415-4898
E: jdore@justicialaboral.com